*In re* INTEGRACIÓN DE SALAS DE VERANO.

*Número:* ES-2010-02          *Resuelto:* 1 de septiembre de 2010

## RESOLUCIÓN

En conformidad con lo dispuesto en la Regla 4(d) del Reglamento de este Tribunal, 4 L.P.R.A. XXI-A, se enmienda la Resolución de 18 de junio de 2010 para ampliar la composición de la Segunda Sala de Verano que funcionará durante el receso:

*Del 1 al 30 de septiembre de 2010*
Hon. Federico Hernández Denton, *presidente*
Hon. Mildred G. Pabón Charneco
Hon. Erick V. Kolthoff Caraballo
Hon. Edgardo Rivera García

Los Presidentes de Sala quedan facultados para sustituir a los Jueces que no puedan intervenir en algún asunto ante su consideración y, asimismo, para convocar al Pleno del Tribunal cuando sea necesario.

El Tribunal continuará emitiendo y certificando opiniones y sentencias durante todo el receso de verano.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*